```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03874
   JAMES BROWN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-2836


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 03/05/2007 and was not confirmed.

   The case was dismissed without confirmation 09/12/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
WILSHIRE CREDIT CORPORAT  CURRENT MORTG        .00           .00           .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE        .00           .00           .00
BANCO POPULAR             UNSEC W/INTER  NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     851.06           .00           .00
UNITED CREDIT UNION       UNSEC W/INTER    4988.28           .00           .00
UNITED CREDIT UNION       UNSEC W/INTER  NOT FILED           .00           .00
US DEPT OF EDUCATION      UNSEC W/INTER    4028.51           .00           .00
STATE DISBURSEMENT UNIT   NOTICE ONLY    NOT FILED           .00           .00
WILSHIRE CREDIT CORPORAT  SECURED NOT I        .00           .00           .00
WILSHIRE CREDIT CORPORAT  SECURED NOT I        .00           .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY      2,523.00                    1,222.16
TOM VAUGHN                TRUSTEE                                        106.27
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                1,328.43

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,222.16
TRUSTEE COMPENSATION                               106.27
DEBTOR REFUND                                         .00
                       -------------         -------------
TOTALS                 1,328.43                  1,328.43




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 03874 JAMES BROWN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE